AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America <br> v. <br> __Bogdan Mocanu__ <br> *Defendant* | ) ) Case No. _16-30032-MGM_ ) ) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/30/16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven Goldwyn
*Printed name of defendant's attorney*

_____
*Judge's signature*

Mark G. Mastroianni, United States District Judge
*Judge's printed name and title*